[Cite as *Langshaw v. N. Royalton*, 2021-Ohio-3534.]

| | |
|---|---|
| DANIEL R. LANGSHAW | Case No. 2021-00070PQ |
| Requester | Judge Patrick E. Sheeran |
| v. | <u>JUDGMENT ENTRY</u> |
| CITY OF NORTH ROYALTON | |
| Respondent | |

{¶1} On June 15, 2021, a Special Master issued a Report and Recommendation in this public-records case. The Special Master recommends a finding by the Court that Requester has not shown that Respondent violated R.C. 149.43(B) and an assessment of costs to Requester.

{¶2} Neither party has filed timely written objections to the Report and Recommendation, as permitted by R.C. 2743.75(F)(2).[1] Pursuant to R.C. 2743.75(F)(2), if neither party timely objects to a special master's report and recommendation, then this Court is required to "promptly issue a final order adopting the report and recommendation, unless it determines that there is an error of law or other defect evident on the face of the report and recommendation."

{¶3} The Court determines that there is no error of law or other defect evident on the face of the Special Master's Report and Recommendation of June 15, 2021. The

---

[1] Requester—a self-represented litigant—has failed to notify the Court of a change of address because a mailing from the Court, which contained a copy of the Special Master's Report and Recommendation, was returned to the Court by the United States Postal Service with the following notation: "Return To Sender[,] Unclaimed[,] Unable To Forward." (Docket Entry, 8/20/2021.) The Tenth District Court of Appeals has stated, "Ohio courts have held that *pro se* litigants have the same duty as counsel to keep the trial court apprised of a change of address." *Investors REIT One v. Fortman*, 10th Dist. Franklin No. 00AP-195, 2000 Ohio App. LEXIS 6267, at *14 (Jan. 16, 2000). Here, Requester ostensibly has failed to fulfil his duty to keep the Court apprised of a change of address.

Court adopts the Report and Recommendation. Judgment is rendered in favor of Respondent. Court costs are assessed to Requester. The Clerk shall serve upon all parties notice of this judgment and its date of entry upon the journal.


PATRICK E. SHEERAN
Judge

**Filed September 21, 2021**
**Sent to S.C. Reporter 10/1/21**